IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02837-CMA-KLM

LIFESTYLE HOMES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant(s).
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the on the parties' **Joint Motion to Modify Shceduling [sic] Order Related to Expert Witness Disclosure and Discovery** [Docket No. 15; Filed June 1, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on March 5, 2009 [Docket No. 12] is modified to extend the following deadlines:

- Expert Witness Disclosures        **July 1, 2009**
- Rebuttal Expert Witness Disclosures        **August 1, 2009**
- Discovery Deadline (limited to expert witnesses only) **September 1, 2009**

Dated:  June 2, 2009