**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02837-CMA-KLM

LIFESTYLE HOMES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 34). The Court having considered the Stipulated Motion, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own fees and costs.

DATED: November  12 , 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge